[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 25, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13394
Non-Argument Calendar

_____

D. C. Docket No. 06-00109-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE HILLS, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 25, 2008)

Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Michael N. Loebl, counsel for Joe Hills, Jr. in this direct criminal appeal, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hills's conviction and sentence are **AFFIRMED**.